**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Weslley Rodrigues De Souza
**Petitioner**

|  |  |
|---|---|
| V. | CIVIL ACTION |
|  | NO. 26cv11203-WGY |

David Wesling, et al
**Respondents**

**ORDER OF DISMISSAL**

**YOUNG D.J.**,

    In accordance with the Court's ELECTRONIC ORDER of April 23, 2026, it is hereby ORDERED that this petition is DISMISSED.

                By the Court,

                **/s/Matthew A. Paine**

                Deputy Clerk

April 23, 2026